Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  23−14292−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Salvatore L Salzarulo
   78 Vail Lane
   Watchung, NJ 07069

Social Security No.:
   xxx−xx−3551

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:           7/26/23
Time:           10:00 AM
Location:       Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

   An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

   **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.


Dated: June 14, 2023
JAN: mmf

                              Jeanne Naughton
                              Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:  
Salvatore L Salzarulo  
    Debtor

Case No. 23-14292-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2  
Date Rcvd: Jun 14, 2023     Form ID: 132     Total Noticed: 19

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 16, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Salvatore L Salzarulo, 78 Vail Lane, Watchung, NJ 07069-6116 |
| cr | + | U.S. Bank Trust Company, National Association, Robertson, Anschutz, Schneid, Crane, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 519920489 | + | AHS Hospital Corp, d/b/a Overlook Medica, C/O The Grogan Law Group, LLC, 17 Prospect St., Morristown, NJ 07960-6862 |
| 519920493 | + | JCP&L, 800 Pienwald Keswick Road, Manchester Township, NJ 08759-3506 |
| 519920494 | + | John Ippolito & Fred Rossi, 1107 Valley Rd., Stirling, NJ 07980-1546 |
| 519920495 | + | Midland Funding LLC / Synchrony Bank, Leonard H. Franco, 1037 Raymond Boulevard Suite 710, Newark, NJ 07102-5423 |
| 519920498 | + | Planet Home Lending, LLC/US Bank Trust C, 321 Research Parkway, Suite 303, Meriden, CT 06450-8342 |
| 519920499 | + | SBA Loan, 2 North 20th Street, Suite 320, Birmingham, AL 35203-4002 |
| 519929305 | + | Summit Health, 215 Union Avenue Suite B, Bridgewater NJ 08807-3063 |
| 519930891 | + | U.S. Bank Trust Company, National Association, Robertson, Anschutz, Schneid, & Crane PL, 130 Clinton Road, Suite 202, Fairfield NJ 07004-2927 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 14 2023 21:03:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 14 2023 21:03:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519920488 | ^ | MEBN | Jun 14 2023 21:00:45 | Account Resolution Services, Attn: Bankruptcy, Po Box 459079, Sunrise, FL 33345-9079 |
| 519920490 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jun 14 2023 21:03:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 519920492 | + | Email/Text: bankruptcy@connexuscu.org | Jun 14 2023 21:04:00 | Connexus Credit Union, Attn: Bankruptcy, Po Box 8026, Wausau, WI 54402-8026 |
| 519920496 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Jun 14 2023 21:03:00 | Nissan Motor Acceptance Corp/Infiniti, Attn: Bankruptcy, Po Box 660360, Dallas, TX 75266-0360 |
| 519944191 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Jun 14 2023 21:03:00 | Nissan-Infiniti LT LLC fka Nissan-Infiniti LT, PO Box 9013, Addison, Texas 75001-9013 |
| 519920497 | + | Email/Text: BKEBN-Notifications@ocwen.com | Jun 14 2023 21:02:00 | PHH Mortgage, PO Box 5452, Mount Laurel, NJ 08054-5452 |
| 519920501 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 14 2023 21:12:28 | Syncb/hdceap, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

TOTAL: 9

# BYPASSED RECIPIENTS

Case 23-14292-MBK    Doc 18    Filed 06/16/23    Entered 06/17/23 00:17:38    Desc Imaged
Certificate of Notice    Page 3 of 3

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 14, 2023 | Form ID: 132 | Total Noticed: 19 |

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519920491 | *+ | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 519920500 | *+ | SBA Loan, 2 North 20th Street, Suite 320, Birmingham, AL 35203-4002 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2023        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 14, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Aleisha Candace Jennings | on behalf of Creditor U.S. Bank Trust Company National Association ajennings@raslg.com |
| Denise E. Carlon | on behalf of Creditor Avail 1 LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Robert C. Nisenson | on behalf of Debtor Salvatore L Salzarulo r.nisenson@rcn-law.com doreen@rcn-law.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5