Certificate Number: 05781-NJ-DE-037676993

Bankruptcy Case Number: 23-14292



05781-NJ-DE-037676993

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 14, 2023, at 4:11 o'clock PM PDT, Salvatore Salzarulo completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   August 14, 2023                    By:   /s/Allison M Geving

                                           Name: Allison M Geving

                                           Title: President