| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br>**Robertson, Anschutz, Schneid, Crane & Partners, PLLC**<br>130 Clinton Road, Suite 202, Lobby B<br>Fairfield, NJ 07004<br>Telephone Number 973-575-0707<br>Attorneys For Secured Creditor<br><br>Aleisha C. Jennings, Esq. (049302015) | CASE NO.: 23-14292-MBK<br><br>CHAPTER 13<br><br><br>**Objection to Confirmation of Debtor's Modified Chapter 13 Plan** |
| **In Re:**<br><br>**Salvatore L Salzarulo**<br><br>    **Debtor.** | |

## OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN

U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION, AS TRUSTEE, AS SUCCESSOR-IN-INTEREST TO U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO WACHOVIA BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR MASTR ASSET SECURITIZATION TRUST 2003-11 MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2003-11 ("Secured Creditor"), by and through its undersigned counsel, objects to confirmation of Debtor's Modified Chapter 13 Plan (DE # 42), and states as follows:

1. Debtor, Salvatore L Salzarulo, ("Debtor"), filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code on May 19, 2023.

2. Secured Creditor holds a security interest in the Debtor's real property located at 78 Vail Ln, Watchung, NJ 07060, by virtue of a Mortgage recorded on March 11, 2003 at Instrument number 2003029214 of the Public Records of Somerset County, NJ. Said Mortgage secures a Note in the amount of $525,000.00.

3. The Debtor filed a Modified Chapter 13 Plan on September 11, 2023.

4. The Modified Plan provides an unclear treatment of Secured Creditor's claim. The subject property in the Plan proposes sale of the property and simultaneously lists Secured Creditor as unaffected due to a loan modification. Secured Creditor objects to the Plan and seeks clarification as to Debtor's intentions in regards to the subject property and claim as Debtor has both a Motion to Sell and a Motion to Approve Loan Modification filed on the docket.

**WHEREFORE**, Secured Creditor respectfully requests this Court sustain the objections stated herein and deny confirmation of Debtor's Plan, and for such other and further relief as the Court may deem just and proper.

Robertson, Anschutz, Schneid, Crane & Partners, PLLC
Attorney for Secured Creditor
130 Clinton Road, Suite 202, Lobby B
Fairfield, NJ 07004
Telephone Number 973-575-0707

By: /s/Aleisha C. Jennings
Aleisha C. Jennings, Esquire
NJ Bar Number 049302015
Email: ajennings@raslg.com

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br>**Robertson, Anschutz, Schneid, Crane & Partners, PLLC**<br>130 Clinton Road, Suite 202, Lobby B<br>Fairfield, NJ 07004<br>Telephone Number 973-575-0707<br>Attorneys For Secured Creditor<br><br>Aleisha C. Jennings, Esq. (049302015) | CASE NO.: 23-14292-MBK<br><br>CHAPTER 13<br><br>**Objection to Confirmation of Debtor's Modified Chapter 13 Plan** |
| **In Re:**<br><br>**Salvatore L Salzarulo**<br><br>    Debtor. | |

## CERTIFICATION OF SERVICE

1. I, Megan Day, ■ am a secretary/paralegal for Robertson, Anschutz, Schneid, Crane & Partners, PLLC, which represents U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION, AS TRUSTEE, AS SUCCESSOR-IN-INTEREST TO U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO WACHOVIA BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR MASTR ASSET SECURITIZATION TRUST 2003-11 MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2003-11in the above-captioned matter.

2. On September 20, 2023, I caused a copy of the following pleadings and/or documents to be sent to the parties listed in the chart below:

   **OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN**

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

9/20/2023

                                    Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                    Paralegal for Secured Creditor

130 Clinton Road, Suite 202, Lobby B
Fairfield, NJ 07004
Telephone: 973-575-0707
Fax:    973-404-8886

By: /s/ Megan Day

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Robert C. Nisenson<br>Robert C. Nisenson, LLC<br>10 Auer Court<br>Suite E<br>East Brunswick, NJ 08816 | Attorney for Debtor | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[x] Notice of Electronic Filing (NEF)<br>[ ] Other<br>_____<br>(as authorized by the court*) |
| Salvatore L Salzarulo<br>78 Vail Lane<br>Watchung, NJ 07069 | Debtor | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[] Notice of Electronic Filing (NEF)<br>[ ] Other<br>_____<br>(as authorized by the court*) |
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650-4853 | Chapter 13 Trustee | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[x] Notice of Electronic Filing (NEF)<br>[ ] Other<br>_____<br>(as authorized by the court*) |
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | U.S. Trustee | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[x] Notice of Electronic Filing (NEF)<br>[ ] Other<br>_____<br>(as authorized by the court*) |