Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 23−14292−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Salvatore L Salzarulo
  78 Vail Lane
  Watchung, NJ 07069

Social Security No.:
  xxx−xx−3551

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 10/30/23.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: October 30, 2023
JAN: wiq

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                  Case No. 23-14292-MBK
Salvatore L Salzarulo                                                                                   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                        User: admin                         Page 1 of 3
Date Rcvd: Oct 30, 2023                 Form ID: 148                      Total Noticed: 27

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Salvatore L Salzarulo, 78 Vail Lane, Watchung, NJ 07069-6116 |
| 519920489 | + | AHS Hospital Corp, d/b/a Overlook Medica, C/O The Grogan Law Group, LLC, 17 Prospect St., Morristown, NJ 07960-6862 |
| 519920493 | + | JCP&L, 800 Pienwald Keswick Road, Manchester Township, NJ 08759-3506 |
| 519920494 | + | John Ippolito & Fred Rossi, 1107 Valley Rd., Stirling, NJ 07980-1546 |
| 519920495 | + | Midland Funding LLC / Synchrony Bank, Leonard H. Franco, 1037 Raymond Boulevard Suite 710, Newark, NJ 07102-5423 |
| 519954263 | + | OVERLOOK HOSPITAL, C/O CERTIFIED-SOLUTIONS, PO BOX 1750, WHITEHOUSE STATION, NJ 08889-1750 |
| 519920498 | + | Planet Home Lending, LLC/US Bank Trust C, 321 Research Parkway, Suite 303, Meriden, CT 06450-8342 |
| 519920499 | + | SBA Loan, 2 North 20th Street, Suite 320, Birmingham, AL 35203-4002 |
| 520053672 |   | State of New Jersey, Department of Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 519929305 | + | Summit Health, 215 Union Avenue Suite B, Bridgewater NJ 08807-3063 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 30 2023 20:44:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 30 2023 20:44:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: RASEBN@raslg.com | Oct 30 2023 20:43:00 | U.S. Bank Trust Company, National Association, Robertson, Anschutz, Schneid, Crane, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 519920488 | ^ | MEBN | Oct 30 2023 20:32:59 | Account Resolution Services, Attn: Bankruptcy, Po Box 459079, Sunrise, FL 33345-9079 |
| 519920490 | + | EDI: TSYS2 | Oct 31 2023 00:24:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 519956689 | + | EDI: AIS.COM | Oct 31 2023 00:24:00 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519920492 | + | Email/Text: bankruptcy@connexuscu.org | Oct 30 2023 20:44:00 | Connexus Credit Union, Attn: Bankruptcy, Po Box 8026, Wausau, WI 54402-8026 |
| 519976107 | | Email/Text: BNCnotices@dcmservices.com | Oct 30 2023 20:43:00 | Emergency Physician Associates of N Jersey PC, PO Box 1123, Minneapolis, MN 55440-1123 |
| 519982989 | | EDI: JEFFERSONCAP.COM | Oct 31 2023 00:24:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 519920496 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Oct 30 2023 20:43:00 | Nissan Motor Acceptance Corp/Infiniti, Attn: Bankruptcy, Po Box 660360, Dallas, TX 75266-0360 |
| 519944191 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Oct 30 2023 20:43:00 | Nissan-Infiniti LT LLC fka Nissan-Infiniti LT, PO Box 9013, Addison, Texas 75001-9013 |

Case 23-14292-MBK    Doc 59    Filed 11/01/23    Entered 11/02/23 00:14:12    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 30, 2023 | Form ID: 148 | Total Noticed: 27 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 519920497 | + | EDI: LCIPHHMRGT | Oct 31 2023 00:24:00 | PHH Mortgage, PO Box 5452, Mount Laurel, NJ 08054-5452 |
| 519982939 | | EDI: LCIPHHMRGT | Oct 31 2023 00:24:00 | PHH Mortgage Corporation, Bankruptcy Department-P.O. Box 24605, West Palm Beach, FL 33416-4605 |
| 519982912 | | EDI: PRA.COM | Oct 31 2023 00:24:00 | Portfolio Recovery Associates, LLC, c/o Barclays Bank Delaware, POB 41067, Norfolk VA 23541 |
| 519978808 | + | Email/Text: BKMAIL@planethomelending.com | Oct 30 2023 20:43:00 | Planet Home Lending, LLC, 321 Research Pkwy #303, Meriden, CT 06450-8342 |
| 519920501 | + | EDI: RMSC.COM | Oct 31 2023 00:24:00 | Syncb/hdceap, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519930891 | + | Email/Text: RASEBN@raslg.com | Oct 30 2023 20:43:00 | U.S. Bank Trust Company, National Association, Robertson, Anschutz, Schneid, & Crane PL, 130 Clinton Road, Suite 202, Fairfield NJ 07004-2927 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519920491 | *+ | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 519920500 | *+ | SBA Loan, 2 North 20th Street, Suite 320, Birmingham, AL 35203-4002 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2023        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 30, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Aleisha Candace Jennings | on behalf of Creditor U.S. Bank Trust Company  National Association ajennings@raslg.com |
| Denise E. Carlon | on behalf of Creditor Avail 1 LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Kenneth Borger, Jr | on behalf of Creditor U.S. Bank Trust Company  National Association kborger@raslg.com |
| Robert C. Nisenson | on behalf of Debtor Salvatore L Salzarulo r.nisenson@rcn-law.com doreen@rcn-law.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com |

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 30, 2023 | Form ID: 148 | Total Noticed: 27 |

U.S. Trustee
                USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6